**Motion Granted; Order filed April 23, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00115-CV

———————

## In the Interest of Z.C.J.L aka Z.C. and Z.C.J.V., a Child

---

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2009-82298**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due April 22, 2013. No brief has been filed. Appellant filed a second motion for extension of time to file a brief until May 6, 2013. In the motion, counsel presented extraordinary circumstances. Accordingly, the court **GRANTS** the motion for an extension of time, but issues the following order:

Unless appellant files a brief with the clerk of this court on or before **May 6, 2013,** the court will consider dismissing the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM